# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0173. TYQUAN BRACEY KENT v. THE STATE.**

Tyquan Bracey Kent, who has been charged with multiple counts of child molestation, rape and related offenses, seeks review of a superior court order denying him pre-trial bond.[1] We, however, lack jurisdiction.

Because this case remains pending below, the court's order denying Kent bond is interlocutory. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). To appeal the order, Kent was required to comply with the interlocutory appeal procedure, including obtaining a certificate of immediate review from the superior court. See OCGA § 5-6-34 (b). Kent, however, has not provided a certificate of immediate review from the superior court with his application materials. His failure to comply with the interlocutory appeal procedure deprives us of jurisdiction to consider this application. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996).

---

[1] Kent originally filed the application, which is styled as a "Writ of Certiorari – Probable Cause/Bond," in the Georgia Supreme Court, which transferred the case to this Court. Case No. S23I0600 (Mar. 2, 2023)

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  04/06/2023
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*